IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 213 MR WCM

| | | |
|---|---|---|
| KATHERINE DROLETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ANTHONY BRIAN ROBINSON, | ) | |
| ONESPA WORLD RESORT SPAS (NORTH | ) | |
| CAROLINA), INC. *doing business as* | ) | |
| Mandara Spa | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on a Consent Motion to Lift Stay (the "Motion," Doc. 42) filed by Defendant Anthony Robinson ("Robinson").

On February 25, 2021, the undersigned granted a limited stay of this action as to Robinson for a period of ninety (90) days. See Doc. 39. Specifically, the February 25, 2021 Order relieved Robinson of the obligation to provide Rule 26 disclosures, respond to written discovery, or appear for deposition for a period of ninety (90) days, through and including May 27, 2021. Id. The February 25, 2021 Order also provided that at the conclusion of the ninety-day period, the "limited stay as to Robinson will dissolve, absent the filing of a motion to extend the stay supported with specific information regarding the

1

status" of, among other things, criminal proceedings then-pending against Robinson in the Superior Court of Jackson County (the "Criminal Matter"). Id.

No party sought to extend the limited stay.

In the instant Motion, Robinson advises that the Criminal Matter has been resolved, and therefore the parties request "an order lifting the current Motion to Stay and reopening this case to proceed forward with litigation." Doc. 42 at 1. Additionally, "the parties request that any outstanding discovery requests served upon any party are due within 30 days from the date an Order is entered." Id.

As described above, however, the limited stay that was previously entered dissolved on May 27, 2021. Therefore, Robinson's request for an Order lifting that stay is moot.

The undersigned declines to address the parties' request that any outstanding discovery requests be deemed due within 30 days of an Order lifting the limited stay. It is not clear from the Motion what discovery requests would be impacted by such a ruling. Further, as the February 25, 2021 Order also extended the court-enforceable discovery period through and including August 6, 2021, it is not clear why such a ruling is needed at this time. The parties remain free to agree to extensions of their deadlines to respond to discovery requests, see FRCP 29, or to seek court-approved extensions as may be necessary.

Accordingly, the Consent Motion to Lift Stay (Doc. 42) is **DENIED AS MOOT**.

It is so ordered.

Signed: June 25, 2021

W. Carleton Metcalf
United States Magistrate Judge