IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 213 MR WCM

| | |
|---|---|
| KATHERINE DROLETT, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| ANTHONY BRIAN ROBINSON, ONESPA WORLD RESORT SPAS (NORTH CAROLINA), INC. *doing business as* Mandara Spa, STEINER MANAGEMENT SERVICES, LLC | ) |
| Defendants. | ) |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 67) filed by Scott Mebane. The Motion indicates that Mr. Mebane, a member in good standing of the Bar of this Court, is local counsel for OneSpaWorld Resort Spas (North Carolina), Inc. *doing business as* Mandara Spa and Steiner Management Services, LLC and that he seeks the admission of Curtis J. Mase, who the Motion represents as being a member in good standing of the Bar of the State of Florida. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 67) and **ADMITS** Curtis J. Mase to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: October 21, 2021

W. Carleton Metcalf
United States Magistrate Judge