IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 213 MR WCM

| | |
|---|---|
| KATHERINE DROLETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| ANTHONY BRIAN ROBINSON, ) | |
| ONESPA WORLD RESORT SPAS (NORTH ) | |
| CAROLINA), INC. *doing business as* ) | |
| Mandara Spa, STEINER MANAGEMENT ) | |
| SERVICES, LLC ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 69) filed by Scott Mebane. The Motion indicates that Mr. Mebane, a member in good standing of the Bar of this Court, is local counsel for OneSpaWorld Resort Spas (North Carolina), Inc. *doing business as* Mandara Spa and Steiner Management Services, LLC and that he seeks the admission of Lauren N. Cabeza, who the Motion represents as being a member in good standing of the Bar of the State of Florida. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 69) and **ADMITS** Lauren N. Cabeza to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: October 22, 2021

W. Carleton Metcalf
United States Magistrate Judge