IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 213 MR WCM

KATHERINE DROLETT, )
)
            Plaintiff, )
) ORDER
v. )
)
ANTHONY BRIAN ROBINSON, )
ONESPA WORLD RESORT SPAS (NORTH )
CAROLINA), INC. *doing business as* )
Mandara Spa, STEINER MANAGEMENT )
SERVICES, LLC )
)
           Defendants. )
_____ )

This matter is before the Court on Defendants' Counsel's Motion for Leave to Appear by Video Teleconference at the Hearing and Status Conference of December 22, 2021 (the "Motion," Doc. 80).[1]

In the Motion, counsel for Defendants OneSpaWorld Resort Spas (North Carolina), Inc. doing business as Mandara Spa and Steiner Management Services, LLC represents that one of the Motions that was set for hearing has resolved. Counsel further requests that he be allowed to attend the hearings via video teleconference, citing the nature of the upcoming proceedings and his obligations during the week of Christmas.

---

[1] Though the Motion references December 22, the hearings have been scheduled for Tuesday, December 21, 2021.

1

The undersigned appreciates the parties' efforts to resolve certain of the issues previously presented to the Court. The undersigned also does not wish to interfere unnecessarily with the holiday plans of the attorneys in this case.

However, the parties' filings indicate that numerous discovery disputes have arisen in the last two weeks of the period of court-enforceable discovery. It is important that these discovery issues be addressed promptly, particularly noting that the motions deadline is January 19, 2022.

To that end, the December 21 hearings have been scheduled and, on that day, the undersigned will hear the Motion to Compel Plaintiff's Rule 35 Examination and Incorporated Memorandum of Law (Doc. 72) and, if necessary, the Motion to Compel and Expedite Plaintiff's Response and Incorporated Memorandum of Law (Doc. 73).

After the hearings were set, Plaintiff filed an additional Motion to Compel (Doc. 78). The undersigned may also consider that Motion on December 21, if the parties are prepared to proceed, and intends to discuss the status of this matter generally.

Under these circumstances, defense counsel's personal appearance will be helpful and is appropriate.

**IT IS THEREFORE ORDERED** that Defendants' Counsel's Motion for Leave to Appear by Video Teleconference at the Hearing and Status Conference of December 22, 2021 (Doc. 80) is **DENIED**.

Signed: December 17, 2021

W. Carleton Metcalf
United States Magistrate Judge